IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-01429-RM-STV

YOUTH SEEN, and TARA J. SMELT

    Plaintiff(s)

v.

ALISHA BLACKBURN

    Defendant

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:40 pm, Jun 30, 2021*
**JEFFREY P. COLWELL, CLERK**

---

### MOTION FOR EXTENSION OF TIME TO RESPOND

---

The above-named Defendant respectfully asks the Court for the following relief:

A sixty (60) day extension of time to respond to the complaint

---

I am filing this motion under the authority of the following Federal Rule(s) of Civil Procedure: D.C.COLO.LCivR 6.1. My grounds for requesting this relief are described below.

I have been unable to find a lawyer with appropriate experience to represent me. I am unfamiliar with these proceedings, have never been named in a lawsuit before, and have had to learn what I was required to do. I am also parent to a child with significant health issues and have been dealing with a personal illness myself, causing time constraints on my ability to make contacts each day. I have been encountering issues with lawyers' summer schedules and existing commitments. I am told that realistically any qualified attorney will need at least a month

planning to accommodate my representation. I am hopeful to find representation within the next few weeks, do not anticipate additional time needed and will likely have a response before sixty (60) days.

While the opposing counsel has offered an extension until July 19th, that is less than three (3) weeks from now, which is simply not enough time, especially considering the 4th of July holiday week. I respectfully request a sixty (60) day extension to find qualified counsel and submit a response.

**CERTIFICATE OF COMPLIANCE:** I confirm that I conferred with the opposing party/parties under local rule D.C.COLO.LCivR 7.1(a). The position of the opposing party/parties on this motion is: Leah VanLandschoot indicated that they are amenable to allowing an extension through July 19, 2021 but oppose any extension beyond for now. They will consider additional requests from counsel if I obtain counsel before July 19th, 2021.

Dated: 6/30/21

Respectfully submitted,

_(Signature of party)_
Print Name: Alisha Blackburn
Address: 1912 E 164th Place Thornton, CO 80602
Telephone Number: 303-908-1584
Email Address: alisha@theblackburns.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I sent a copy of the **MOTION for an Extension of Time to Respond** to the following parties in the way described below each party's name:

Party Name: Youth Seen, Inc., Tara Smelt
How Served: In person at The Litigation Boutique
Party Attorney's Name: Amy Maestas & Leah P. VanLandschoot
Address: The Litigation Boutique, LLC
1720 S Bellaire St. Suite 520
Denver, CO 80222
Telephone Number: 303-578-2833
Email Address: lvanlandschoot@thelitbot.com

_____
(Signature of person completing service)
Print Name: Kevin Blackburn
Address: 1912 E 164th Place, Thornton, CO 80602
Telephone Number: 303-908-3120
Email Address: doc@theblackburns.net