# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
August 6, 2021
**JEFFREY P. COLWELL, CLERK**

Civil Action No. 21-CV-01429-RM-STV

YOUTH SEEN, and TARA J. SMELT

    Plaintiff(s)

v.

TYES, INC.

    Defendant

---

## MOTION FOR EXTENSION OF TIME TO RESPOND

The above-named Defendant respectfully asks the Court for the following relief:

An extension of time to respond to the complaint to August 31, 2021

---

TYES, Inc. files this motion under the authority of the following Federal Rule(s) of Civil Procedure: D.C.COLO.LCivR 6.1. The grounds for requesting this relief are described below.

TYES, Inc., a Colorado nonprofit corporation, understood from its insurer that this lawsuit was a covered claim under our Directors & Officers policy and that they would be providing a lawyer to represent the organization, who we believed would handle service[1]. For the last several weeks, we have been waiting for an attorney to be assigned and were told a lawyer had been identified. However, late Tuesday July 27, 2021, we learned that our claim was denied and we would not be provided representation under our policy. We returned to our search and have

---

[1] TYES returned services on July 28, 2021, as soon as we learned from insurance they were no longer providing an attorney

reached out to a number of recommended lawyers in the days since, but have not yet reached an agreement with an appropriate attorney.

Additionally, we are functioning without the Chair of the Board, who had a family emergency in June that required her to relocate temporarily with her family out of state to oversee first her father's hospice care and then funeral arrangements. With the Chair unavailable, the signature below is that of another officer of the Board.

We anticipate making a selection within the next week and respectfully request an extension to the end of the month so that we can hire an attorney and that so that attorney has an opportunity to review and respond for us.  We appreciate the Court's and opposing party's patience and understanding. We are a small organization of volunteer parents and are making every effort to respond in a timely way.

---

**CERTIFICATE OF COMPLIANCE:** I confirm that I conferred with the opposing party/parties under local rule D.C.COLO.LCivR 7.1(a).  The position of the opposing party/parties on this motion is: A. Maestas does not oppose an extension to respond to the Complain and Jury Demand until 8/31/21

Dated: 8/6/2021

        Respectfully submitted,

        TYES, INC.

        _____
        (Signature of party)

        Print Name: TYES, Inc., by Joshua Gruber, Board member at large
        Address: P.O. Box 812, Lafayette, CO 80026
        Telephone Number: 303-351-2044
        Email Address: Joshua.gruber@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, I sent a copy of the **MOTION for an Extension of Time to Respond** to the following parties in the way described below each party's name:

Party Name: Youth Seen, Inc., Tara Smelt
How Served: Via email to lvanlandschoot@thelitbot.com, amaestas@thelitbot.com
Party Attorney's Name: Amy Maestas & Leah P. VanLandschoot
Address: The Litigation Boutique, LLC
1720 S Bellaire St. Suite 520
Denver, CO 80222
Telephone Number: 303-578-2833
Email Address: lvanlandschoot@thelitbot.com, amaestas@thelitbot.com

_____
(Signature of person completing service)
Print Name: TYES, Inc./by Joshua Gruber
Address: P.O. Box 812, Lafayette, CO 80026
Telephone Number: 303-351-2044
Email Address: Joshua.gruber@gmail.com