UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01429-RM-STV

YOUTH SEEN, a Colorado non-profit corporation,
and TARA J. SMELT, an individual,

      Plaintiffs,

v.

TYES INC., a Colorado non-profit corporation,
and ALISHA D. BLACKBURN, an individual,

      Defendants.

---

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

---

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs Youth Seen and Tara J. Smelt and Defendants TYES, Inc. and Alisha D. Blackburn respectfully submit this Joint Motion for Entry of Stipulated Protective Order. As grounds, the parties state as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C. COLO. LCivR 7.1, undersigned counsel certify that they have conferred and jointly propose entry of the attached Stipulated Protective Order.

### MOTION

For the following reasons, good cause exists for entry of the Stipulated Protective Order:

1.    Certain documents that may be produced in this case contain sensitive or confidential information (hereinafter "Confidential Information").

2.    As provided in the attached Stipulated Protective Order, the parties have defined Confidential Information and the terms by which Confidential Information should be controlled

and disseminated during and after this litigation. The parties have also provided a process by which any party or non-party can object to information which is designated confidential.

       3.      The parties respectfully request that the Court enter the attached Stipulated Protective Order pursuant to Fed. R. Civ. P. 26(c).

       4.      Fed. R. Civ. P. 26(c) authorizes the Court to enter an order requiring the parties to preserve the confidentiality of information produced in discovery and restricting the use of such information to purposes directly related to this litigation. Courts have acknowledged that blanket protective orders, such as the Stipulated Protective Order in this litigation, are appropriate. *See Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 385-86 (D. Colo. 2000).

## CONCLUSION

       The parties respectfully request the Court enter the Stipulated Protective Order that accompanies this Motion.

Dated:  November 3, 2021.                    Respectfully submitted,


                                             *s/ Michael R. Krantz*
                                             Tamera D. Westerberg
                                             Michael R. Krantz
                                             Wheeler Trigg O'Donnell LLP
                                             370 Seventeenth Street, Suite 4500
                                             Denver, CO 80202
                                             Telephone:   303.244.1800
                                             Facsimile:    303.244.1879
                                             Email:   westerberg@wtotrial.com
                                                      krantz@wtotrial.com

                                             Attorneys for Defendants,
                                             TYES Inc. and Alisha D. Blackburn


Dated:  November 3, 2021.                    Respectfully submitted,


                                             *s/ Amy M. Maestas*
                                             Leah P. VanLandschoot, #35723
                                             Amy M. Maestas, #46925
                                             THE LITIGATION BOUTIQUE LLC
                                             1720 S. Bellaire Street, Suite 520
                                             Denver, Colorado 80222
                                             Telephone:  303.355.1942
                                             Email:  lvanlandschoot@thelitbot.com
                                                     amaestas@thelitbot.com

                                             Attorneys for Plaintiffs,
                                             Youth Seen and Tara. J. Smelt

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on 3rd day of November, 2021, I electronically filed the foregoing **Joint Motion for Entry of Stipulated Protective Order** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Leah P. VanLandschoot**
  lvanlandschoot@thelitbot.com, christa@thelitbot.com

- **Amy M. Maestas**
  amaestas@thelitbot.com

*s/ Julie Christman for Tamera D. Westerberg*