IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:21-cv-01429-RM-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: November 9, 2021 | Courtroom Deputy: Leigh Roberson |

*Parties:*  |  *Counsel:*

YOUTH SEEN   Amy Maestas
TARA J. SMELT

    Plaintiff,

v.

TYES INC.   Tamera Westerberg
ALISHA D. BLACKBURN   Michael Krantz

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:   9:04 a.m.**
Court calls case.  Appearances of counsel. Present by phone are Greg Leslie and Taylor Brown on behalf of objector.

This matter is before the Court on the Defendants' Motion to Restrict Public Access to Documents and Proceedings [Doc. No. 40, filed 10/20/2021].

Arguments by counsel.

For the reasons as stated on the record it is:

**ORDERED:**     Defendants' Motion to Restrict Public Access to Documents and Proceedings [Doc. No. 40] is granted in part and denied in part, as stated on the record. Doc. No. 41 and Doc. No. 1 will be placed under level 2 restriction and Plaintiff shall file revised public versions of those documents on or before November 19, 2021, as stated on the record. Future documents shall use initials, as stated on the record, with any

dispute to be resolved via the Court's dispute resolution process.

HEARING CONCLUDED.
**Court in recess:**      **9:20 a.m.**
Time In Court:            00:16

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.