UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01429-RM-STV

YOUTH SEEN, a Colorado non-profit corporation,
and TARA J. SMELT, an individual,

      Plaintiffs,

v.

TYES INC., a Colorado non-profit corporation,
and ALISHA D. BLACKBURN, an individual,

      Defendants,

v.

REBECCA BERNER a/k/a REBECCA DAVIDSON, and
TAYO, INC.

      Third-Party Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE OF MICHELE ON-JA CHOE
ON BEHALF OF DEFENDANTS/COUNTERCLAIM PLAINTIFFS TYES, INC. AND
ALISHA D. BLACKBURN AND THIRD PARTY PLAINTIFFS TYES, INC. AND
ALISHA D. BLACKBURN**

---

Michele On-ja Choe, pursuant to D.C.COLO.LAttyR 5(a), certifies that she is a member in good standing of the bar of this Court and enters her appearance as counsel in this matter for Defendants/Counterclaim Plaintiffs TYES, Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn.

Dated: May 12, 2022.                                Respectfully submitted,


*s/ Michele On-ja Choe*
Tamera D. Westerberg
Michele On-ja Choe
Michael R. Krantz
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   westerberg@wtotrial.com
             choe@wtotrial.com
             krantz@wtotrial.com

Attorneys for Defendants,
TYES Inc. and Alisha D. Blackburn

## CERTIFICATE OF SERVICE (CM/ECF)

  I HEREBY CERTIFY that on May 12, 2022, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF MICHELE ON-JA CHOE ON BEHALF OF DEFENDANTS/COUNTERCLAIM PLAINTIFFS TYES, INC. AND ALISHA D. BLACKBURN AND THIRD PARTY PLAINTIFFS TYES, INC. AND ALISHA D. BLACKBURN** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Michael Roger Krantz**
  krantz@wtotrial.com,lorubbio@wtotrial.com

- **Gregg P. Leslie**
  gregg.leslie@asu.edu

- **Amy M. Maestas**
  amaestas@thelitbot.com

- **Leah P. VanLandschoot**
  lvanlandschoot@thelitbot.com, amaestas@thelitbot.com, austin@thelitbot.com, admin@thelitbot.com

- **Eugene Volokh**
  volokh@law.ucla.edu

- **Eugene Volokh**
  volokh@law.ucla.edu

- **Tamera Dietrich Westerberg**
  Westerberg@wtotrial.com, christman@wtotrial.com, drotzmann@wtotrial.com

*s/ Mary Davis*