UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01429-RM-STV

YOUTH SEEN, a Colorado non-profit corporation,
and TARA J. SMELT, an individual,

       Plaintiffs,

v.

TYES INC., a Colorado non-profit corporation,
and ALISHA D. BLACKBURN, an individual,

       Defendants,

v.

REBECCA BERNER a/k/a REBECCA DAVIDSON, and
TAYO, INC.

       Third-Party Defendants.

## MOTION TO WITHDRAW TAMERA D. WESTERBERG AS COUNSEL OF RECORD

Pursuant to D.C.COLO LAttyR 5(b), Tamera D. Westerberg, of Wheeler Trigg O'Donnell LLP, hereby moves to withdraw as counsel of record for Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn. In support thereof, Ms. Westerberg states as follows:

1. Because this Motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this Motion and the undersigned has not done so. *See* D.C.COLO.LCivR7.1(b)(4). Nonetheless, undersigned counsel has informed opposing counsel of her motion to withdraw, and opposing counsel does not oppose.

2. Co-Counsel Michele On-ja Choe and Michael R. Krantz of Wheeler Trigg O'Donnell LLP remain as active counsel for Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn.

3. Ms. On-ja Choe and Mr. Krantz will ensure compliance with all court orders, time limitations, and other obligations, including federal and local rules.

4. Ms. Westerberg has taken reasonably practicable steps to protect Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn interests, and withdrawal can be accomplished without any material adverse effect on Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn's interest, particularly due to the continuing representation by Ms. On-ja Choe and Mr. Krantz.

5. A copy of this Motion will be served on all counsel of record and on TYES Inc. and Alisha D. Blackburn.

WHEREFORE, Ms. Westerberg respectfully moves for leave to withdraw as counsel for Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn.

Dated:  May 13, 2022.                                Respectfully submitted,


*s/  Tamera D. Westerberg*
Tamera D. Westerberg
Michele On-ja Choe
Michael R. Krantz
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   westerberg@wtotrial.com
             choe@wtotrial.com
             krantz@wtotrial.com

Attorneys for Defendants,
TYES Inc. and Alisha D. Blackburn

3

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 13, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW TAMERA D. WESTERBERG AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Michael Roger Krantz**
  krantz@wtotrial.com,lorubbio@wtotrial.com

- **Gregg P. Leslie**
  gregg.leslie@asu.edu

- **Amy M. Maestas**
  amaestas@thelitbot.com

- **Leah P. VanLandschoot**
  lvanlandschoot@thelitbot.com, amaestas@thelitbot.com, austin@thelitbot.com, admin@thelitbot.com

- **Eugene Volokh**
  volokh@law.ucla.edu

- **Eugene Volokh**
  volokh@law.ucla.edu

- **Tamera Dietrich Westerberg**
  Westerberg@wtotrial.com, christman@wtotrial.com, drotzmann@wtotrial.com

*s/ Julie Christman for Tamera D. Westerberg*