UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01429-RM-STV

YOUTH SEEN, a Colorado non-profit corporation,
and TARA J. SMELT, an individual,

      Plaintiffs,

v.

TYES INC., a Colorado non-profit corporation,
and ALISHA D. BLACKBURN, an individual,

      Defendants,

v.

REBECCA BERNER a/k/a REBECCA DAVIDSON, and
TAYO, INC.

      Third-Party Defendants.

## MOTION TO WITHDRAW MICHELE ON-JA CHOE AND MICHAEL R. KRANTZ AS COUNSEL OF RECORD

Pursuant to D.C.COLO LAttyR 5(b), Michele On-ja Choe and Michael R. Krantz, of Wheeler Trigg O'Donnell LLP, hereby move to withdraw as counsel of record for Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn. In support thereof, Ms. On-ja Choe and Mr. Krantz state as follows:

1. Because this Motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this Motion and the undersigned has not done so. *See*

D.C.COLO.LCivR7.1(b)(4). Nonetheless, undersigned counsel has informed opposing counsel of her motion to withdraw, and opposing counsel does not oppose.

2. Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn have been advised of the withdrawal of Ms. On-ja Choe and Mr. Krantz.

3. Co-Counsel Tamera D. Westerberg of Foley Lardner LLP will remain active counsel for Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn.

3. Ms. Westerberg will ensure compliance with all court orders, time limitations, and other obligations, including federal and local rules.

4. Ms. On-ja Choe and Mr. Krantz have taken reasonably practicable steps to protect Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn's interests, and withdrawal can be accomplished without any material adverse effect on Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn's interest, particularly due to the continuing representation by Ms. Westerberg.

5. A copy of this Motion will be served on all counsel of record and on TYES Inc. and Alisha D. Blackburn.

WHEREFORE, Ms. On-ja Choe and Mr. Krantz respectfully moves for leave to withdraw as counsel for Defendant/Counterclaim Plaintiffs TYES Inc. and Alisha D. Blackburn and Third Party Plaintiffs TYES, Inc. and Alisha D. Blackburn.

Dated: May 20, 2022.                                   Respectfully submitted,


*s/ Michele On-ja Choe*
Michele On-ja Choe
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   choe@wtotrial.com

Attorneys for Defendants,
TYES Inc. and Alisha D. Blackburn


Dated: May 20, 2022.                                   Respectfully submitted,


*s/ Michael R. Krantz*
Michael R. Krantz
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   krantz@wtotrial.com

Attorneys for Defendants,
TYES Inc. and Alisha D. Blackburn

3

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 20, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW MICHELE ON-JA CHOE AND MICHAEL R. KRANTZ AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Michael Roger Krantz**
  krantz@wtotrial.com,lorubbio@wtotrial.com

- **Gregg P. Leslie**
  gregg.leslie@asu.edu

- **Amy M. Maestas**
  amaestas@thelitbot.com

- **Leah P. VanLandschoot**
  lvanlandschoot@thelitbot.com, amaestas@thelitbot.com, austin@thelitbot.com, admin@thelitbot.com

- **Eugene Volokh**
  volokh@law.ucla.edu

- **Eugene Volokh**
  volokh@law.ucla.edu

- **Tamera Dietrich Westerberg**
  Westerberg@wtotrial.com, christman@wtotrial.com, drotzmann@wtotrial.com

*s/ Mary Davis*