IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01429-NYW-STV

YOUTH SEEN, and
TARA J. SMELT,

    Plaintiffs,

v.

TYES, INC., and
ALISHA D. BLACKBURN,

    Defendants,

v.

REBECCA BERNER, a/k/a REBECCA DAVIDSON, and
TAYO, INC.,

    Third-Party Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of United States District Judge Nina Y. Wang entered on August 24, 2022 [Doc. 123], it is

ORDERED that Plaintiffs' claims were dismissed without prejudice as of the Court's August 9, 2022 Order.  It is

FURTHER ORDERED that the claims raised in Defendants' Amended Counterclaims [Doc. 80] and the Third-Party Claims [Doc. 99] are dismissed without prejudice for lack of federal subject matter jurisdiction.  It is

FURTHER ORDERED that all parties shall bear their own costs.

Dated at Denver, Colorado this 24th day of August, 2022.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Emily Buchanan
                Emily Buchanan, Deputy Clerk